for judgment of foreclosure, and for appointment of a referee to compute affirmed, with ten dollars costs and disbursements. The methods of counsel for appellant in this case were not proper. Respondents' efforts to pay appellant the full amount due should have been met in a spirit of fairness. Appellant should not, under the circumstances, have attempted to mulct respondents in further costs. The law favors the amicable settlement of disputes. If the parties were not able to agree upon the amount of costs due, that matter should have been submitted to the court for determination. Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ., concur.

MAURICE LUSTBADER, Appellant, v. ROSE LUPIANO, SARAH MEBEL, JOHN LUPIANO and AMERIGO MACOLINE, Respondents. (Appeal No. 2.) — Order requiring plaintiff or his attorney to accept a stated sum, to deliver bond and mortgage to defendants, and to execute an assignment thereof affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ., concur.

ELIZABETH MANDEL, an Infant, by RACHEL MANDEL, Her Guardian ad Litem, Respondent, v. EMANUEL SCHOENFELD, Appellant.— Order granting plaintiff's motion to open default and to restore case to calendar reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave, however, to plaintiff to apply to the Supreme Court, upon a proper showing of merits, for permission to renew the motion to open her default, which motion was denied by the order theretofore granted on the 15th day of October, 1928. The fact that defective papers were submitted on behalf of the plaintiff on the first application is no excuse for making a new application without leave. Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ., concur.

MODERN-SILVER LINEN SUPPLY CO., INC., Appellant, v. HARRY SALZBERG, Defendant. NAT GINSBERG and HYMAN OGLANSKY, Respondents.— Order granting motion to confirm report of official referee, denying motion to overrule the report, and denying motion to punish respondents for contempt affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ., concur.

MILTON W. MORSE, Appellant, v. BENJAMIN LOWENSTEIN, Respondent.— Order granting defendant's motion to change place of trial affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ., concur.

MILTON W. MORSE, Appellant, v. BENJAMIN LOWENSTEIN and LEO LOWENSTEIN, Respondents.— Order granting defendants' motion to change place of trial affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ., concur.

MILTON W. MORSE, Appellant, v. WALLAU REALTY COMPANY, INC., Respondent.— Order granting defendant's motion to change place of trial affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NELLIE PACELLI, Appellant.— Judgment of conviction of the County Court of Orange county reversed upon the law and a new trial ordered. The trial court committed error in accepting testimony of a prior conviction of the defendant, she not having